**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

NOEL BROWN,

           Petitioner

      v.

ERIC TICE,

           Respondent

:  No. 20 WAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2023, the Application for Leave to File a Brief, Motion for Release from State Custody, and Petition for Allowance of Appeal are **DENIED**.